IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LARRY HYMES                                                                                    PLAINTIFF

v.                                                                                        NO. 2:06CV42-M-D

H. M. "HACK" GRIMMETT, ET AL.                                                         DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 15, 2006, and the August 29, 2006, objections and the October 12, 2006, supplemental objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 15, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant motion for a preliminary injunction is hereby **DENIED**.

THIS, the 9th day of November, 2006.

                                              /s/ Michael P. Mills
                                              UNITED STATES DISTRICT JUDGE